IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ANGELA DAWN BRIGGS**                                                                 **PLAINTIFF**

V.                              NO. 3:12–CV–00023–BD

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                     **DEFENDANT**

## JUDGMENT

Pursuant to the order entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Michael J. Astrue, Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

DATED this 2nd day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE